**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO. 0:21-CV-60462**

CCUR AVIATION FINANCE, LLC, and
CCUR HOLDINGS, INC.,

       Plaintiffs,

v.

SOUTH AVIATION, INC. and
FEDERICO A. MACHADO,

       Defendants.
_____/

**NOTICE OF FILING
ORDER GRANTING PLAINTIFFS' VERIFIED EMERGENCY MOTION FOR
IMMEDIATE APPOINTMENT OF RECEIVER PURSUANT TO RULE 7.1(a)(2)**

    Plaintiffs, CCUR Aviation Finance, LLC and CCUR Holdings, Inc., by and through undersigned counsel, hereby gives notice of filing the following:

    1.    Proposed Order Granting Plaintiffs' Verified Emergency Motion for Immediate Appointment of Receiver Pursuant to Rule 7.1(a)(2).

    Dated: March 1, 2021

                                          Respectfully submitted,

                                          */s/ Jonathan B. Morton*
                                          Jonathan B. Morton, Esq.
                                          Florida Bar No. 956872
                                          jonathan.morton@klgates.com
                                          Stephen A. McGuinness, Esq.
                                          Florida Bar No. 89369
                                          stephen.mcguinness@klgates.com
                                          **K&L GATES LLP**
                                          Southeast Financial Center
                                          200 S. Biscayne Boulevard, Suite 3900
                                          Miami, FL 33131-2399
                                          Telephone:    305-539-3300
                                          Facsimile:    305-358-7095

*-and-*

Christopher A. Brown, Esq.
Texas Bar No. 24040583
(pro hac vice pending)
chris.brown@klgates.com
David Weitman, Esq.
Texas Bar No. 21116200
(pro hac vice pending)
David.weitman@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:     214-939-5500
Facsimile:     214-939-5849

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2021, a true and correct copy of the foregoing Notice of Filing was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel or parties of record.

*Jonathan B. Morton*
Jonathan B. Morton
