IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 21-cv-60462-BLOOM/Valle

CCUR AVIATION FINANCE, LLC, and
CCUR HOLDINGS, INC.,

        Plaintiffs,

v.

SOUTH AVIATION, INC. and
FEDERICO A. MACHADO,

        Defendants.
_____/

STATEMENT OF DISCLOSURE OF
**CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor Plaintiffs WBIP Aviation One LLC and WBIP Aviation Two LLC, by their undersigned counsel, hereby certify that no publicly held corporation directly or indirectly owns 10% or more of their equity interests.

Dated: March 16, 2021

                                            CURTIS, MALLET-PREVOST,
                                              COLT & MOSLE LLP

                                            */s/ Gabriel Hertzberg*
                                            Gabriel Hertzberg
                                            101 Park Avenue
                                            New York, NY 10178
                                            Telephone:   212-696-6000
                                            Facsimile:   212-697-1559
                                            ghertzberg@curtis.com

                                            *Counsel for WBIP Aviation One LLC and WBIP*
                                            *Aviation Two LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on March 16, 2021, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Peter H. Levitt*
Peter H. Levitt
Shutts & Bowen LLP
Co-Counsel for WBIP Aviation One LLC
and WBIP Aviation Two LLC