UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

Case No. 21-cv-60462-BLOOM/Valle

CCUR Aviation Finance, LLC and CCUR Holdings, Inc.

    Plaintiffs,

v.

South Aviation, Inc. and Federico A. Machado,

    Defendants.
_____/

**MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Kimberly J. Kodis of the law firm of Alston & Bird LLP, whose address is 90 Park Avenue, New York, New York 10016-1387, and whose telephone number is (212) 210-9571, for purposes of appearance as co-counsel on behalf of HV Pal Holdings, LLC, an intervener in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Kimberly J. Kodis to receive electronic filings in this case, and, in support thereof, states as follows:

    1.    Kimberly J. Kodis is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York Bar, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York.

    2.    Movant, Eduardo F. Rodriguez (the "**Movant**") of EFR Law Firm, whose address is 1 Alhambra Plaza, Suite 1225, Coral Gables, Florida 33134, and whose telephone number is (305)

340-0034, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. The Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Kimberly J. Kodis has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Kimberly J. Kodis, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Kimberly J. Kodis at email address: Kimberly.Kodis@alston.com.

WHEREFORE, Eduardo F. Rodriguez moves this Court to enter an Order granting Kimberly J. Kodis to appear before this Court on behalf of HV Pal Holdings, LLC for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Kimberly J. Kodis.

Respectfully submitted,

By:    s/ Eduardo F. Rodriguez
      Eduardo F. Rodriguez
      Florida Bar No. 036423
      **EFR LAW FIRM**
      *Counsel for HV Pal Holdings, LLC*
      1 Alhambra Plaza, Suite 1225
      Coral Gables, Florida 33134
      Office: (305) 340-0034
      Mobile: (305) 978-9340
      eddie@efrlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) generated by the CM/ECF system and paper copies will be sent to those indicated as non-registered participants, on this 20th day of May 2021.

By:    /s Eduardo F. Rodriguez
      Eduardo F. Rodriguez

3

4

**LOCAL RULE 4(B)(1) CERTIFICATION**

I hereby certify that I have studied the Local Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, pursuant to Local Rule 4(b)(1), on this 20th day of May 2021.

By: ___/s Kimberly J. Kodis_____
       Kimberly J. Kodis