# Exhibit 3

**(Fee Schedule: Holland & Knight LLP)**

## Holland & Knight LLP

## South Aviation Receivership

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Alexander, Sydney B. | Associate | 169.00 | 475.00 | $80,275.00 |
| Alvarez, Nicole S. | Associate | 7.30 | 465.00 | $3,394.50 |
| Antonecchia, Marc L. | Partner | 10.50 | 810.00 | $8,505.00 |
| Bass, Fredric K. | Of Counsel | 1.00 | 1,095.00 | $1,095.00 |
| Bentz, Jr., Thomas H. | Partner | 1.80 | 1,405.00 | $2,529.00 |
| Bixter, Richard A. | Partner | 3.20 | 650.00 | $2,080.00 |
| Chapman, John R. | Partner | 21.80 | 685.00 | $14,933.00 |
| Diazdon, Esmi | Paralegal | .80 | 400.00 | $ 320.00 |
| Fischer, David J. | Partner | 4.30 | 995.00 | $4,278.50 |
| Gadoy, Pablo Ignacio | International Law Clerk | 173.00 | 325.00 | $56,225.00 |
| Gluck, Warren E. | Partner | 51.80 | 935.00 | $48,433.00 |
| Hanlon, Daniel P. | Associate | 2.20 | 575.00 | $1,265.00 |
| Huzinec, Glenn M. | Special Assistant | 3.40 | 245.00 | $ 833.00 |
| Kane, Michael F. | Investigative Specialist | 4.50 | 350.00 | $1,575.00 |
| Lewis, Laura J. | Associate | .60 | 625.00 | $ 375.00 |
| Magruder, Elliot A. | Associate | 9.20 | 560.00 | $5,152.00 |
| Martinez, Barbara | Partner | 2.00 | 850.00 | No Charge |
| McDowell, Brian A. | Partner | 146.00 | 675.00 | $98,550.00 |
| Menendez de la Cuesta, Katharine | Partner | 184.40 | 620.00 | $114,328.00 |
| Norton, Jacqueline | Special Assistant | .60 | 350.00 | $ 210.00 |
| Perlich, Denise | Paralegal | 113.90 | 285.00 | $32,461.50 |

| | | | | |
|---|---|---|---|---|
| Small, Daniel I. | Partner | 81.20 | 985.00 | $79,982.00 |
| St. John, Kathleen | Associate | 68.90 | 475.00 | $32,727.50 |
| Toriello, John M. | Partner | 6.20 | 1,025.00 | $6,355.00 |
| Whalen, Shannan E. | Paralegal | .60 | 350.00 | $ 210.00 |
| Grand Total: | | 1,068.20 | | $596,092.00 |

**Temporary Receiver**

**Administration of Assets - South Aviation Receivership**

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| Broughton, Rodney | Paralegal | .5 | 350.00 | $ 175.00 |
| Fifield, John S. | Paralegal | 1.2 | 285.00 | $ 342.00 |
| Martinez, Barbara | Partner | 137.10 | 850.00 | $116,535.00 |
| Norton, Jacqueline | Special Assistant | 2.10 | 350.00 | $ 735.00 |
| Perlich, Denise | Paralegal | 18.80 | 285.00 | $5,358.00 |
| Grand Total: | | 159.70 | | $123,145.00 |