# EXHIBIT 2

## **Temporary Receiver**

### **Administration of Assets - South Aviation Receivership**

| Timekeeper | Title | Rate | Hours | Total |
|---|---|---|---|---|
| Martinez, Barbara | Partner | 850.00 | 57.90 | 49,215.00 |
| | | Total: | 57.90 | 49,215.00 |
| | | Reimbursable Costs: | | 441.00 |
| | | | | |
| | | | Grand Total: | 49,656.00 |

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Martinez, Barbara A. - Receiver                           January 14, 2022
701 Brickell Avenue                                       Invoice: 32847342
Suite 3300
Miami, FL 33131                                           **TERMS: DUE ON RECEIPT**

### REMITTANCE COPY

Our Matter:     171817.00002
                Administration of Assets - South Aviation Receivership

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 49,215.00 |
| REIMBURSABLE COSTS: | $ | 6,899.81 |
| **TOTAL DUE THIS INVOICE:** (U.S. Dollar) | $ | 56,114.81 |

*Holland & Knight kindly thanks you for your business and prompt payment.*

**To expedite processing of your payment, please include the matter number(s) or invoice number(s) with your payment.**

**Wire:**
Wells Fargo Bank N.A.
Holland & Knight LLP
420 Montgomery Street
San Francisco, CA 94104-1207
Routing/ABA #121000248
Account #2090002390441

Swift Routing Number: WFBIUS6S
(for international wires)

**ACH:**
Holland & Knight LLP
Wells Fargo Bank N.A.
Routing/ABA #063107513
Account #2090002390441
CTX format is preferred.

**Mail:**
Holland & Knight LLP
P.O. Box 936937
ATLANTA, GA 31193-6937

**For Overnight Express (UPS, FedEx, etc.) or Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 ATLANTA AVENUE
HAPEVILLE, GA 30354-1705

*For payment questions or wire and ACH instruction verification: account.services@hklaw.com | 813-901-4180*

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Martinez, Barbara A. - Receiver
701 Brickell Avenue
Suite 3300
Miami, FL 33131

January 14, 2022
Invoice: 32847342
Page 1

**TERMS: DUE ON RECEIPT**

For professional services rendered through December 31, 2021 in connection with the following:

Our Matter:   171817.00002
              Administration of Assets - South Aviation Receivership

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/1/21 | Barbara A. Martinez | Review of final draft motion for extension, revised motion for sale of airplane, and corresponding revised stipulation with HV Pal. | 0.30 | 850.00 | 255.00 |
| 10/5/21 | Barbara A. Martinez | Meeting with Associate Sydney Alexander and Partner Katharine Menendez de la Cuesta to discuss pending motions and matters in Guatemala. | 1.50 | 850.00 | 1,275.00 |
| 10/6/21 | Barbara A. Martinez | Meeting with Partner Katharine Menendez and Legalsa attorney from Guatemala to review and discuss matters in Guetamala, including legal issues relating to MDP, next steps regarding financial institutions and potential sale proceeds, and liabilities for MDP. | 1.20 | 850.00 | 1,020.00 |
| 10/7/21 | Barbara A. Martinez | Call with team in preparation for call with creditors. | 0.50 | 850.00 | 425.00 |
| 10/8/21 | Barbara A. Martinez | Call with creditors to provide detailed updates. | 2.00 | 850.00 | 1,700.00 |
| 10/11/21 | Barbara A. Martinez | Call with K. M. and mining experts regarding report (1); call with legal counsel in Guatemala to discuss legal issues involving MDP and next steps (1). | 2.00 | 850.00 | 1,700.00 |
| 10/12/21 | Barbara A. Martinez | Review and approval of bills for professionals for receivership. | 2.00 | 850.00 | 1,700.00 |
| 10/13/21 | Barbara A. | Team meeting to discuss and divide work on | 1.00 | 850.00 | 850.00 |

# Holland & Knight

January 14, 2022
Invoice: 32847342
Page 2

Martinez, Barbara A. - Receiver
171817.00002

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  | Martinez | fee application and budget. |  |  |  |
| 10/13/21 | Barbara A. Martinez | Preparation for and call with attorney specializing in insurance claims. | 0.70 | 850.00 | 595.00 |
| 10/14/21 | Barbara A. Martinez | Review of fees, expenses, and invoices. | 2.00 | 850.00 | 1,700.00 |
| 10/15/21 | Barbara A. Martinez | Edits to application for fees and review of attachments. | 1.50 | 850.00 | 1,275.00 |
| 10/18/21 | Barbara A. Martinez | Review of correspondence to be provided to AG's office in Guatemala regarding MDP. | 0.50 | 850.00 | 425.00 |
| 10/21/21 | Barbara A. Martinez | Review and continued work on draft fee application. | 0.50 | 850.00 | 425.00 |
| 10/23/21 | Barbara A. Martinez | Review of revised fees application and corresponding exhibits. | 0.50 | 850.00 | 425.00 |
| 10/26/21 | Barbara A. Martinez | Review of budget; outline of action items; and pending motion. | 1.20 | 850.00 | 1,020.00 |
| 10/29/21 | Barbara A. Martinez | Meeting with R&H and counsel regarding financial analysis (1.0); Call with counsel regarding follow up to financial analysis meeting (.50); Call with team regarding investigation, pending items, strategy and next steps for various work streams (1,50); review of HVPal sale items and claims process materials (.50). | 3.50 | 850.00 | 2,975.00 |
| 11/2/21 | Barbara A. Martinez | Call with counsel and digital litigation team to discuss various options for setting up website to provide material information and submission of claims. | 0.50 | 850.00 | 425.00 |
| 11/2/21 | Barbara A. Martinez | Call with counsel to discuss financial records and pending items. | 0.50 | 850.00 | 425.00 |
| 11/3/21 | Barbara A. Martinez | Call with counsel and technical communications manager to make final decisions regarding website. | 1.00 | 850.00 | 850.00 |
| 11/3/21 | Barbara A. Martinez | Review and edits to claims process motion and proposed webpage data (1.0); | 1.20 | 850.00 | 1,020.00 |

# Holland & Knight

January 14, 2022
Invoice: 32847342
Page 3

Martinez, Barbara A. - Receiver
171817.00002

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Communications with fiduciary banking regarding bank account for the receivership (.20). | | | |
| 11/4/21 | Barbara A. Martinez | Review data and work on litigation strategy (.50); and budget (.80). | 1.30 | 850.00 | 1,105.00 |
| 11/5/21 | Barbara A. Martinez | Review of claims motion and answered questions about website (1.0); calls with counsel about filing regarding MDP valuation report under seal (.50); review of insurance claims materials (1.50); reviewed and analyzed communications regarding financial records (1). | 4.00 | 850.00 | 3,400.00 |
| 11/8/21 | Barbara A. Martinez | Call with attorney regarding insurance claims (.50); call with Jessica Magee regarding budget and work streams (.50); review of final draft of claims process (.40); call with counsel Menendez de la Cuesta regarding obtaining documents relating to MDP and potential interview/contact with the source of documents (.20); review of billing financial summary and items from R&H (.40). | 2.40 | 850.00 | 2,040.00 |
| 11/9/21 | Barbara A. Martinez | Review of draft motions (.50); call regarding potential insurance claims and budget (1.0). | 1.50 | 850.00 | 1,275.00 |
| 11/10/21 | Barbara A. Martinez | Interview of associate of Fred Machado. | 2.00 | 850.00 | 1,700.00 |
| 11/12/21 | Barbara A. Martinez | Review of revised pleading, | 0.20 | 850.00 | 170.00 |
| 11/16/21 | Barbara A. Martinez | Meeting with Jeffrey Bremerman to discuss Guatemala matters (1.7); Meeting with Katharine Menendez de la Cuesta (.9); call with outside counsel regarding insurance matters (.5). | 3.10 | 850.00 | 2,635.00 |
| 11/17/21 | Barbara A. Martinez | Review of status report (1.0); call with attorneys regarding stats report (.70). | 1.70 | 850.00 | 1,445.00 |
| 11/29/21 | Barbara A. Martinez | Call with team for detailed discussion of litigation strategy, email review, report on | 2.60 | 850.00 | 2,210.00 |

# Holland & Knight

January 14, 2022
Invoice: 32847342
Page 4

Martinez, Barbara A. - Receiver
171817.00002

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | financial records, and staffing/worfklows. | | | |
| 12/1/21 | Barbara A. Martinez | Call with counsel regarding assets in Guatemala and next steps. | 0.50 | 850.00 | 425.00 |
| 12/1/21 | Barbara A. Martinez | Call with counsel and potential receivership funders and potential options. | 1.00 | 850.00 | 850.00 |
| 12/2/21 | Barbara A. Martinez | Meeting regarding forensic analysis with R&H (1.4); meeting with counsel Sydney Alexander and Jessica Magee to discuss same and next action items (.10). | 1.50 | 850.00 | 1,275.00 |
| 12/3/21 | Barbara A. Martinez | Zoom meeting with creditors to discuss status of receivership and answer questions (1.20); Zoom meeting with counsel Mendendez de la Cuesta, Jessica Magee, and Sydney Alexander to discuss workflows, staffing, and deadlines (.60). | 2.00 | 850.00 | 1,700.00 |
| 12/6/21 | Barbara A. Martinez | Interview conducted with Katharine Menendez de la Cuesta. | 3.00 | 850.00 | 2,550.00 |
| 12/13/21 | Barbara A. Martinez | Work on projections and review of budget items, including communications with certain team members and other employees regarding work and invoices. | 2.20 | 850.00 | 1,870.00 |
| 12/14/21 | Barbara A. Martinez | Review of budget items and email communications regarding projections. | 2.00 | 850.00 | No Charge |
| 12/15/21 | Barbara A. Martinez | Review of budget items and finalized reports. | 1.50 | 850.00 | 1,275.00 |
| 12/15/21 | Barbara A. Martinez | [NO CHARGE] Meeting with potential litigation funders for receivership and Katharine Menendez de la Cuesta. | 1.50 | 850.00 | No Charge |
| 12/17/21 | Barbara A. Martinez | Prep for and status call with creditors. | 1.20 | 850.00 | 1,020.00 |
| 12/17/21 | Barbara A. Martinez | [NO CHARGE] Email communications and calls with third party funder and team members. | 0.50 | 850.00 | No Charge |
| 12/23/21 | Barbara A. | [NO CHARGE] Review of correspondence | 1.30 | 850.00 | No Charge |

# Holland & Knight

January 14, 2022
Invoice: 32847342
Page 5

Martinez, Barbara A. - Receiver
171817.00002

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | Martinez | involving assets in Guatemala and investigation in U.S. | | | |
| 12/28/21 | Barbara A. Martinez | Call with Warren Gluck and Katharine de la Cuesta regarding potential funding proposal for receivership. | 0.50 | 850.00 | 425.00 |
| 12/30/21 | Barbara A. Martinez | Preparation for and call with team regarding interim forensic report and next steps. | 1.40 | 850.00 | 1,190.00 |
| 12/30/21 | Barbara A. Martinez | Call with Kathleen St. John to discuss potential claims and bankruptcy matter. | 0.20 | 850.00 | 170.00 |
| | | TOTAL FEES FOR PROFESSIONAL SERVICES: | | $ | 49,215.00 |

**Professional Summary through December 31, 2021:**

| Professional | Title | Hours |
|---|---|---|
| BAM | Partner | 63.20 |

**Reimbursable costs through December 31, 2021:**

| Date | Description | Amount |
|---|---|---|
| 5/13/21 | Miami Express -Invoice #44902- Chase Bank - 05/13/21 | 17.98 |
| 5/13/21 | Miami Express -Invoice #44902- USDC - 05/13/21 | 37.13 |
| 5/13/21 | Miami Express -Invoice #44902- Holland & Knight - 05/13/21 | 24.61 |
| 6/24/21 | VENDOR: Carolyn Hosticka INVOICE#: 4632072108100902 DATE: 6/30/2021   CURRENCY CONVERSION FEE; Library Purchases; Research and obtain aircraft registration and location information, per Syndey Alexander.; 06/24/2021 | 0.22 |
| 6/30/21 | VENDOR: Carolyn Hosticka INVOICE#: 4641331308170902 DATE: 7/7/2021   CURRENCY CONVERSION FEE; Library Purchases; Obtain registration certification on three separate aircraft, per Sydney | 0.22 |

# Holland & Knight

January 14, 2022
Invoice: 32847342
Page 6

Martinez, Barbara A. - Receiver
171817.00002

| Date | Description | Amount |
|---|---|---|
| | Alexander.; 06/30/2021 | |
| 6/30/21 | VENDOR: Carolyn Hosticka INVOICE#: 4641331308170902 DATE: 7/7/2021   INTL REGISTRY; Library Purchases; Obtain registration certification on three separate aircraft, per Sydney Alexander.; 06/30/2021 | 22.00 |
| 6/30/21 | VENDOR: Carolyn Hosticka INVOICE#: 4641331308170902 DATE: 7/7/2021   CURRENCY CONVERSION FEE; Library Purchases; Obtain registration certification on three separate aircraft, per Sydney Alexander.; 06/30/2021 | 0.22 |
| 6/30/21 | VENDOR: Carolyn Hosticka INVOICE#: 4641331308170902 DATE: 7/7/2021   INTL REGISTRY; Library Purchases; Obtain registration certification on three separate aircraft, per Sydney Alexander.; 06/30/2021 | 22.00 |
| 6/30/21 | VENDOR: Carolyn Hosticka INVOICE#: 4641331308170902 DATE: 7/7/2021   CURRENCY CONVERSION FEE; Library Purchases; Obtain registration certification on three separate aircraft, per Sydney Alexander.; 06/30/2021 | 0.22 |
| 6/30/21 | VENDOR: Carolyn Hosticka INVOICE#: 4641331308170902 DATE: 7/7/2021   INTL REGISTRY; Library Purchases; Obtain registration certification on three separate aircraft, per Sydney Alexander.; 06/30/2021 | 22.00 |
| 8/24/21 | VENDOR: Corporation Service Company INVOICE#: 81111443369 DATE: 8/24/2021   Domestic change of agent filed in Florida; annual registered agent fee from 8/1/21 to 7/31/22 Re: Southern Aviation, Inc. | 103.74 |
| 10/7/21 | VENDOR: Comte & Font Servicios, S.A. INVOICE#: 8159 DATE: 10/7/2021   Services Rendered | 6,312.21 |
| 11/9/21 | VENDOR: Corporation Service Company; INVOICE#: CM81111443369; DATE: 11/9/2021  -  Refund check #90272858 received from CSC in the amount of $103.74 because it was credited | -103.74 |

# Holland & Knight

January 14, 2022
Invoice: 32847342
Page 7

Martinez, Barbara A. - Receiver
171817.00002

| **Date** | **Description** | **Amount** |
|---|---|---|
| | and rebilled on another invoice after we paid CSC: apply to inv. 81111443369, disb: 42056879. | |
| | E-Discovery Review Documents | 441.00 |

|  |  |  |
|---|---|---|
| TOTAL REIMBURSABLE COSTS: | $ | **6,899.81** |
| FEES FOR PROFESSIONAL SERVICES: | $ | 49,215.00 |
| REIMBURSABLE COSTS: | $ | 6,899.81 |
| **TOTAL DUE THIS INVOICE:**   (U.S. Dollar) | $ | **56,114.81** |