# EXHIBIT 3

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Martinez, Barbara A. - Receiver
701 Brickell Avenue
Suite 3300
Miami, FL 33131

January 24, 2023
Invoice: 33051145

**TERMS: DUE ON RECEIPT**

**REMITTANCE COPY**

Our Matter:    171817.00002
               Administration of Assets - South Aviation Receivership

FEES FOR PROFESSIONAL SERVICES:          $          22,650.00

**TOTAL DUE THIS INVOICE:**          **(U.S. Dollar)**     $          **22,650.00**

*Holland & Knight kindly thanks you for your business and prompt payment.*

**To expedite processing of your payment, please include the matter number(s) or invoice number(s) with your payment.**

**Wire:**
Wells Fargo Bank N.A.
Holland & Knight LLP
420 Montgomery Street
San Francisco, CA  94104-1207
Routing/ABA #121000248
Account #░░░░░░░0441

Swift Routing Number: WFBIUS6S
(for international wires)

**ACH:**
Holland & Knight LLP
Wells Fargo Bank N.A.
Routing/ABA #063107513
Account #░░░░░░░0441
CTX format is preferred.

**Mail:**
Holland & Knight LLP
P.O. Box 936937
ATLANTA, GA 31193-6937

**For Overnight Express
(UPS, FedEx, etc.) or
Courier Delivery:**
LOCKBOX SERVICES 936937
Holland & Knight LLP
3585 ATLANTA AVENUE
HAPEVILLE, GA 30354-1705

*For payment questions or wire and ACH instruction verification:* *account.services@hklaw.com* *| 813-901-4180*

# Holland & Knight

P.O. Box 936937 | Atlanta, GA 31193-6937
Email account.services@hklaw.com | T 813.901.4180
Holland & Knight LLP | www.hklaw.com | EIN 59-0663819

Martinez, Barbara A. - Receiver                          January 24, 2023
701 Brickell Avenue                                       Invoice: 33051145
Suite 3300                                                Page 1
Miami, FL 33131

**TERMS: DUE ON RECEIPT**

For professional services rendered through December 31, 2022 in connection with the following:

Our Matter:     171817.00002
                Administration of Assets - South Aviation Receivership

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10/3/22 | Barbara A. Martinez | Review of claim documents (1.10) ; Call with counsel LM regarding same as well as upcoming expiration of receivership (1). | 2.10 | 500.00 | 1,050.00 |
| 10/4/22 | Barbara A. Martinez | Review of financial documents related to investigation. | 1.00 | 500.00 | 500.00 |
| 10/7/22 | Barbara A. Martinez | Prep for and working call with BDO to discuss financial records. | 0.90 | 500.00 | 450.00 |
| 10/7/22 | Barbara A. Martinez | Call with WBAT trustee/counsel; call with KSJ to discuss next steps regarding same. | 1.20 | 500.00 | 600.00 |
| 10/10/22 | Barbara A. Martinez | Prep for and review of financial records with BDO. | 1.20 | 500.00 | 600.00 |
| 10/12/22 | Barbara A. Martinez | Review of documents related to assets in Guatemala; review of draft outline related to upcoming filing. | 0.50 | 500.00 | 250.00 |
| 10/16/22 | Barbara A. Martinez | Revised motion to extend (.60);  review of prior correspondence relevant to motion to extend and outline of next steps (1.30). | 1.90 | 500.00 | 950.00 |
| 10/17/22 | Barbara A. Martinez | Review of correspondence and materials related to insurance policies and related litigation. | 1.20 | 500.00 | 600.00 |
| 10/18/22 | Barbara A. Martinez | Prep for and call with team regarding matters in Guatemala  and made decisions on next steps (1); review of relevant filings in Bankruptcy and FL courts (1). | 2.00 | 500.00 | 1,000.00 |
| 10/20/22 | Barbara A. | Review of items relating to insurance polices | 3.20 | 500.00 | 1,600.00 |

# Holland & Knight

Martinez, Barbara A. - Receiver
171817.00002

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | Martinez | (1); prep for and call with Lloyd's counsel regarding same (.70); review of correspondence and items related to ▮▮▮ (1.50). | | | |
| 10/22/22 | Barbara A. Martinez | Reviewed and approved all billing entries at new rates for Third Fee Application (1.5); analysis and outline of pending budget items to address (1.3). | 2.80 | 500.00 | 1,400.00 |
| 10/27/22 | Barbara A. Martinez | Final review and edits to fee application (.20); review of corresponding exhibits (1); meeting with KM regarding MDP and interested buyer (.50); review of correspondence regarding same and other issues related to MDP (.50). | 2.20 | 500.00 | 1,100.00 |
| 10/28/22 | Barbara A. Martinez | Review of documents and correspondence related to Guatemala. | 0.50 | 500.00 | 250.00 |
| 10/31/22 | Barbara A. Martinez | Review of motion filed by putative creditors and call with counsel regarding reply (.50); review of documents related to Guatemala (.50). | 1.00 | 500.00 | 500.00 |
| 11/1/22 | Barbara A. Martinez | Review of proposed strategy and corresponding documents (1); call with counsel to make decisions on pending matters (.50); outline of response to opposition for extension of receivership and correspondence regarding same  (.50);  review and analysis of financial data (.60). | 2.60 | 500.00 | 1,300.00 |
| 11/1/22 | Barbara A. Martinez | Prep for and call with JB and counsel regarding updates and finances relating to MDP.  Decisions made and provided direction on next steps. | 1.00 | 500.00 | 500.00 |
| 11/2/22 | Barbara A. Martinez | Call with counsel to discuss upcoming meeting with trustee and pending filings. | 0.60 | 500.00 | 300.00 |
| 11/3/22 | Barbara A. Martinez | Review documents and correspondence in preparation for meeting with counsel for the WBAT Trustee and forensic examiner. | 2.10 | 500.00 | 1,050.00 |
| 11/5/22 | Barbara A. | Review/edits to reply and review of | 1.40 | 500.00 | 700.00 |

# Holland & Knight

January 24, 2023
Invoice: 33051145
Page 3

Martinez, Barbara A. - Receiver
171817.00002

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | Martinez | supporting financial documentation. | | | |
| 11/6/22 | Barbara A. Martinez | Review of financial records and communications related to claimants (3.5); edits to status report (.20). | 3.70 | 500.00 | 1,850.00 |
| 11/7/22 | Barbara A. Martinez | Review of documents related to claimants and outline of pending items/next steps. | 2.60 | 500.00 | 1,300.00 |
| 11/16/22 | Barbara A. Martinez | Review and respond to correspondence with certain claimants regarding pending motion (.40); call with counsel regarding same (.50). | 0.90 | 500.00 | 450.00 |
| 11/21/22 | Barbara A. Martinez | Review of items related to particular claim. | 0.40 | 500.00 | 200.00 |
| 11/22/22 | Barbara A. Martinez | Prep for and call with claimant regarding pending issues. | 0.80 | 500.00 | 400.00 |
| 11/28/22 | Barbara A. Martinez | Call with co-counsel  regarding subpoena production and strategy moving forward. | 2.20 | 500.00 | 1,100.00 |
| 11/30/22 | Barbara A. Martinez | Review of correspondence and items regarding claim (1); calls with KSJ and LM to make decisions regarding next steps as to the same (.20). | 1.20 | 500.00 | 600.00 |
| 12/16/22 | Barbara A. Martinez | Prep for and call with counsel regarding efforts to sell assets in Guatemala and discussion of legal issues regarding same. | 1.50 | 500.00 | 750.00 |
| 12/20/22 | Barbara A. Martinez | Prep for and call with KM regarding Guatemala and pending legal issues. | 1.40 | 500.00 | 700.00 |
| 12/22/22 | Barbara A. Martinez | Call with claimant to discuss claim (.50); call with co-counsel to discuss follow up matters regarding same and pending matters (.50); Review of items related to assets in Guatemala (.20). | 1.20 | 500.00 | 600.00 |

TOTAL FEES FOR PROFESSIONAL SERVICES:           $           22,650.00

# Holland & Knight

January 24, 2023
Invoice: 33051145
Page 4

Martinez, Barbara A. - Receiver
171817.00002

**Professional Summary through December 31, 2022:**

| Professional | Title | Hours |
|---|---|---|
| BAM | Partner | 45.30 |

| | | |
|---|---|---|
| FEES FOR PROFESSIONAL SERVICES: | $ | 22,650.00 |
| **TOTAL DUE THIS INVOICE:** (U.S. Dollar) | $ | **22,650.00** |