UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-60462-BLOOM/Valle

CCUR AVIATION FINANCE, LLC and
CCUR HOLDINGS, INC.,

    Plaintiffs,

v.

SOUTH AVIATION, INC. and
FEDERICO A. MACHADO,

    Defendants.

_____/

## OMNIBUS ORDER GRANTING TEMPORARY RECEIVER'S SIXTH AND SEVENTH INTERIM APPLICATION FOR REASONABLE FEES AND COSTS

**THIS CAUSE** is before the Court upon the Temporary Receiver's Sixth Interim Application for Reasonable Fees and Reimbursement of Costs, ECF No. [223], ("Sixth Application") and the Temporary Receiver's Seventh Interim Application for Reasonable Fees and Reimbursement of Costs, ECF No. [224], ("Seventh Application"), filed on January 24, 2023. The Sixth Application seeks an order authorizing compensation to the Temporary Receiver, her counsel, and professionals in the total amount of $282,890.86. The Seventh Application seeks an order authorizing compensation to the Temporary Receiver, her counsel, and professionals in the total amount of $90,989.00. No objections were filed within the time required to do so, which has now expired, nor has the Court received any requests for extensions of time within which to file such objections.

The Sixth Application covers work performed from July 1, 2022, through September 30, 2022. The Sixth Application seeks an order authorizing compensation to (a) the Temporary Receiver for $58,800.00 in fees; (b) the Temporary Receiver's counsel, Holland & Knight LLP,

for $126,869.86, consisting of $123,322.50 in fees and $3,547.36 in costs; (c) the Temporary Receiver's bankruptcy counsel, Conner & Winters, for $840.00 in fees; and (d) the Temporary Receiver's forensic accountant, BDO USA, LLP, for $96,381.00, consisting of $70,381.00 in professional fees and $26,000.00 in optical character recognition service fees.

The Seventh Application covers work performed from October 1, 2022, through December 31, 2022. The Seventh Application seeks an order authorizing compensation to (a) the Temporary Receiver for $22,650.00 in fees; (b) the Temporary Receiver's counsel, Holland & Knight LLP, for $46,271.25, consisting of $43,367.50 in fees and $2,903.75 in costs; (c) the Temporary Receiver's bankruptcy counsel, Conner & Winters, for $1,860.00 in fees; (d) the Temporary Receiver's Guatemalan counsel, Legalsa, for $15,337.50 in fees; and (e) the Temporary Receiver's forensic accountant, BDO USA, LLP, for $4,870.25 in professional fees.

The Court has reviewed the Sixth and Seventh Applications and the supporting billing information. Moreover, the Court has considered the relevant factors for making a determination on an award of attorneys' fees incurred during a receivership — namely, (1) the time and labor required; (2) the novelty and difficulty of the question involved; (3) the skill requisite to perform the legal service properly; (4) the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer; (5) the fee customarily charged in the locality for similar legal services; (6) whether the fee is fixed or contingent; (7) the time limitations imposed by the client or by the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the lawyer or lawyers performing the services; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) any awards in similar cases. *In re Norman v. Housing Auth. of City of Montgomery*, 836 F.2d 1292 (11th Cir. 1988). In light of those factors, the Court finds

that the time spent during the Sixth and Seventh billing periods is reasonable and approves the hourly rates charged. Therefore, the Court concludes that the amounts sought in the Sixth and Seventh Applications represent reasonable compensation for services rendered and expenses incurred by the Temporary Receiver and on the Temporary Receiver's behalf.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Temporary Sixth Application, **ECF No. [223]**, is **GRANTED**.

2. The Court approves the total amount requested in the Sixth Application consisting of: (a) $58,800.00 for the Temporary Receiver's fees; (b) 126,869.86 for Temporary Receiver's counsel, Holland & Knight LLP's costs and fees; (c) $840.00 for the Temporary Receiver's bankruptcy counsel, Conner & Winters' fees; and (d) $9,381.00 for the Temporary Receiver's forensic accountant, BDO USA, LLP's fees.

3. The Temporary Seventh Application, **ECF No. [224]**, is **GRANTED**.

4. The Court approves the total award sought in the Seventh Application of: (a) $22,650.00 for the Temporary Receiver's fees; (b) 46,271.25 for Temporary Receiver's counsel, Holland & Knight LLP's costs and fees; (c) $1,860.00 for the Temporary Receiver's bankruptcy counsel, Conner & Winters' fees (d) $15,337.50 for the Temporary Receiver's Guatemalan Counsel, Legalsa's fees; and (e) $4,870.25 for the Temporary Receiver's forensic accountant, BDO USA, LLP's fees.

Case No. 21-cv-60462-BLOOM/Valle

**DONE AND ORDERED** in Chambers at Miami, Florida, on February 7, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record